FRANK P. KOBERT, Appellant, *v.* NATIONAL MACHINERY COMPANY, Respondent.

(Argued January 4, 1932; decided February 9, 1932.)

*Morris H. Wolsky* and *Edward M. Evarts* for appellant.
*E. Robert Willcox* and *George H. Porter* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.